UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANNY L. HIGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:21-cv-01531-SEB-DLP |
| | ) |
| CARVANA, LLC, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST**

Plaintiff, Danny L. Higgins, in accordance with the approved Case Management Plan, submits his list of preliminary witnesses and exhibits:

**Witnesses**

1. Danny L. Higgins (Plaintiff);

2. Carvana, LLC (Defendant);

3. U.S. Equal Employment Opportunity Commission;

4. Mike Meade;

5. Steven Devine;

6. Justin Lucas;

7. Christine Higgins;

8. Amanda Calhoun;

9. All witnesses listed by Defendant;

10. All individuals listed in any of the documents exchanged in discovery;

11. Any other person who may have information related to the events surrounding and complained of in the Complaint;

12. Any expert named by any party;

13. Any person necessary for rebuttal or impeachment; and

14. Any person necessary to authenticate documents.

## Exhibits

1. Documents from the EEOC including all documents submitted in relation to Charge 470-2021-00316;

2. Income information for Plaintiff for 2019 and 2020;

3. Emails or other correspondence regarding the incidents complained of;

4. Personnel File for Plaintiff;

5. All documents related to claimed damages;

6. All documents produced by Defendant in discovery;

7. All documents exchanged during the course of this litigation; and

8. Any other non-privileged document relevant to the allegations in the Complaint.

Discovery is ongoing and Plaintiff reserves the right to supplement this list of witnesses and exhibits.

Respectfully submitted,

/s/ *Leah N. Miller*
Leah N. Miller #36903-29
Darron S. Stewart #21114-29
Nicholas J. Wagner #30185-84
STEWART & STEWART ATTORNEYS
931 S. Rangeline Road
Carmel IN 46032
(317) 846-8999
Fax: (888) 686-6977
LeahM@getstewart.com
Darron@getstewart.com
Nicholas@getstewart.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of Plaintiff's Preliminary Witness and Exhibit List have been served upon the following on this 3rd day of December 2021. Service of this filing will be made on all ECF-registered counsel/parties by operation of the Court's electronic filing system and/or through electronic mail.

Craig M. Borowski
Peter T. Tschanz
LITTLER MENDELSON, P.C.
111 Monument Circle, Suite 702
Indianapolis, IN 46204
(317) 287-3600
cborowski@littler.com
ptschanz@littler.com

                                                  /s/ *Leah N. Miller*
                                                  Leah N. Miller # 36903-29
                                                  Darron S. Stewart #21114-29
                                                  Nicholas J. Wagner #30185-84

STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana  46032
Phone:  317-846-8999
Fax:  888-686-6977