**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DANNY L. HIGGINS, | ) |
|       Plaintiff, | ) |
| v. | ) No. 1:21-cv-01531-SEB-DLP |
| CARVANA, LLC., | ) |
|       Defendant. | ) |

**PLAINTIFF'S STATEMENT OF CLAIMS**

Pursuant to the Case Management Plan [Doc.24], Plaintiff, Danny L. Higgins, by counsel, submits his Statement of Claims he may assert should this case proceed to trial, stating specifically the legal theories upon which those claims are based. Mr. Higgins reserves the right to supplement or otherwise amend its Statement of Claims as may be necessary and appropriate pursuant to further orders of the Court and litigation of this action.

1. Mr. Higgins bears the initial burden of proof to prove the elements of his disability discrimination claims under the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12101 *etseq*.

2. Mr. Higgins may establish his claim under the ADA either directly or indirectly. *Dickerson v. Bd. of Trustees of Community College Dist. No. 522,* 657 F.3d 595, 601 (7th Cir. 2011). In order to establish a claim under the direct method, Mr. Higgins must show that he was disabled under the ADA, he suffered an adverse employment action; and there is a causal connection between the two. *Dvorak v. Mostardi Platt Assocs., Inc.,* 289 F.3d 479, 483 (7th Cir. 2002). The indirect

    method would require Mr. Higgins to prove: (1) he is disabled under the ADA or regarded as disabled; (2) he was meeting his employer's legitimate employment expectations; (3) he suffered an adverse employment action; and (4) similarly situated employees without a disability were treated more favorably. *Dickerson,* 657 F.3d. 595 at 601.

3. Prior to beginning his employment, Mr. Higgins disclosed to the Defendant that he was 100% disabled through the VA. Further, following his car accident in June of 2020, Mr. Higgins provide the Defendant with medical documentation supporting his need to be off of work. *See* 42 U.S.C. §12102(1) (defining disability as "(A) a physical or mental impairment that substantially limits one or more major life activities of [an] individual; (B) a record of such impairment; or (C) being regarded as having such an impairment.")

4. Mr. Higgins was terminated on October 22, 2020. *See Swidnicki v. Brunswick Corp.,* 23 F. Supp. 3d 921, 931 (N.D. Ill. 2014) *citing O'Neal v. City of Chicago,* 392 F.3d 909, 911 (7th Cir. 2004) (determining that without question, termination is an adverse employment action.).

5. Mr. Higgins intends to prove the Defendant treated other similarly situated employees more favorably than him.

6. Mr. Higgins intends to prove the Defendant violated the ADA when considering absences incurred while Mr. Higgins was off on medical leave when terminating Mr. Higgins.

7. Mr. Higgins reserves the right to present any other evidence or legal argument that is appropriate based upon the evidence or legal arguments presented by the

Defendant.  Mr. Higgins further reserves all rights to object to any attempt by the Defendant to present evidence, including evidence in support of any theories, and/or defenses that were not properly pleaded and reserves the right to amend his Statement based on additional information learned in the future.

Respectfully Submitted,

*/s/ Leah N. Miller*
Leah N. Miller, # 36903-29

STEWART & STEWART
931 S. Rangeline Road
Carmel, IN 46032
LeahM@getstewart.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff's Statement of Claims has been served upon the following on this 28th day of February 2022.  Service of this filing will be made on all ECF-registered counsel/parties by operation of the Court's electronic filing system and/or through electronic mail.

Craig M. Borowski
Peter T. Tschanz
LITTLER MENDELSON, P.C.
111 Monument Circle
Suite 702
Indianapolis, IN 46204
Tel: (317) 287-3600
Fax: (317) 636-0712
cborowski@littler.com
ptschanz@littler.com

*/s/ Leah N. Miller*
Leah N. Miller, # 36903-29

STEWART & STEWART
931 S. Rangeline Road
Carmel, IN 46032
LeahM@getstewart.com